No. 78–1737.  FOLEY ET AL. v. UNITED STATES;

No. 78–1838.  ROBERT L. GRUEN, INC. v. UNITED STATES;

No. 79–93.  SHANNON & LUCHS CO. v. UNITED STATES; and

No. 79–186.  BOGLEY, INC., ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 598 F. 2d 1323.

No. 79–248.  CERILLI ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–355.  SANCHEZ v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 79–373.  JONES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–385.  McCARTHY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–471.  STRINGER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–496.  MOORE v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 79–529.  CHURCH OF SCIENTOLOGY OF CALIFORNIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–531.  NEWELL ET AL. v. ORLEANS PARISH SCHOOL BOARD.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 79–542.  HAY v. TEXAS BOARD OF PARDONS AND PAROLE. C. A. 5th Cir.  Certiorari denied.